United States Bankruptcy Court
District of Arizona

In re:  Case No. 22-05814-MCW
ISAAC ASENCIO  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 2
Date Rcvd: May 06, 2024     Form ID: pdf011     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ISAAC ASENCIO, 10417 W. PIONEER STREET, TOLLESON, AZ 85353-8412 |
| 16847070 | + | DANE COUNTY CHILD SUPPORT AGENCY, 210 MARTIN LUTHER KING JR BLVD, ROOM 365, MADISON WI 53703-3350 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cse.lccl@azag.gov | May 06 2024 22:29:00 | ARIZONA DEPARTMENT OF ECONOMIC SECURITY, CHILD SUP, ARIZONA ATTORNEY GENERAL'S OFFICE, 2005 N. CENTRAL AVE, PHOENIX, AZ 85004-1545 |
| cr | + | Email/Text: bankruptcynotices@azdor.gov | May 06 2024 22:29:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2024 22:43:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16823819 | + | Email/Text: cse.lccl@azag.gov | May 06 2024 22:29:00 | ARIZONA DEPARTMENT OF ECONOMIC SECURITY, CHILD SUPPORT SERVICES SECTION, TODD SHERIDAN, 2005 N. CENTRAL AVE, PHOENIX, AZ 85004-1545 |
| 16793990 | + | Email/Text: bankruptcynotices@azdor.gov | May 06 2024 22:29:00 | Arizona Department of Revenue, c/o: Tax, Bankruptcy and Collection Sect, 2005 N Central Ave. Suite 100, Phoenix, AZ 85004-1546 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| RUSSELL BROWN | on behalf of Trustee RUSSELL BROWN ecfmailclient@ch13bk.com |
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| Rachel Elizabeth Flinn | on behalf of Trustee RUSSELL BROWN rflinn@ch13bk.com  dsmith@ch13bk.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor ISAAC ASENCIO documents@phxfreshstart.com  tom@phxfreshstart.com |
| TODD SHERIDAN | on behalf of Creditor ARIZONA DEPARTMENT OF ECONOMIC SECURITY  CHILD SUPPORT SERVICES cse.lccl@azag.gov |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 6

```
Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
602.277.8996 x 320
mail@ch13bk.com
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ISAAC ASENCIO,<br><br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 2-22-bk-05814 MCW<br><br>**TRUSTEE'S MOTION TO DISMISS CASE FOR DELINQUENT PLAN PAYMENTS AND FAILURE TO PROVIDE COPIES OF TAX**<br><br>Deadline: June 05, 2024 |

Russell Brown, CHAPTER 13 TRUSTEE, pursuant to 11 U.S.C. § 1307(c), moves to dismiss the case. The Debtor has defaulted in plan payments in the amount of **$2,231.00**. Also, the Trustee has not received from the Debtor the income tax returns for **2023**.

Pursuant to Local Rule 2084-15, the Court will grant the Trustee's motion unless by **June 05, 2024**, the Debtor:

(1) Brings the Plan payments current and provides copies of the tax returns to the Trustee;

(2) Files a Notice of Conversion to Chapter 7 and serves a copy on the Trustee; or

(3) Files a modified plan containing a moratorium of the delinquent plan payments, and provides a copy of the tax returns to the Trustee.

Rachel Flinn
2024.05.03
15:42:06
-07'00'

A copy of this Motion to Dismiss was mailed or emailed on the below date to:

ISAAC ASENCIO
10417 WEST PIONEER STREET
TOLLESON, AZ  85353

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4131 MAIN STREET
SKOKIE, IL  60076
documents@phxfreshstart.com;tom@nwrelief.com;
faiza@phxfreshstart.com

Rachel Flinn
2024.05.03
15:42:13
-07'00'

R Flinn

*In re Asencio*
*Case No. 2-22-bk-05814 MCW*
*Trustee's Motion to Dismiss Case*

Page 2 of 2

Case 2:22-bk-05814-MCW    Doc 34    Filed 05/06/24    Entered 05/08/24 21:32:39    Desc
Imaged Certificate of Notice    Page 4 of 4